**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MATTHEW DEROCHA,**

|  |  |
|---|---|
| **Plaintiff,** | **5:18-cv-1052** |
| | **(GLS/ATB)** |
| **v.** | |

**NORTH SYRACUSE POLICE,**

_____ **Defendant.** _____

**APPEARANCES:**                            **OF COUNSEL:**

**FOR PLAINTIFF:**
MATTHEW DEROCHA
Plaintiff *Pro Se*
1074 South Clinton Street
Syracuse, New York 13202

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order
and Report-Recommendation by Magistrate Judge Andrew T. Baxter duly
filed on November 27, 2018. (Dkt. No. 14.) Following fourteen days from
the service thereof, the Clerk has sent the file, including any and all
objections filed by the parties herein.[1]

_____

[1] Plaintiff filed no objections; however, he submitted a second amended complaint, (Dkt. No. 15), without
permission of the court, which will be addressed by Judge Baxter in due course.

No objections having been filed, and the court having reviewed the Order and Report-Recommendation for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 14) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's False Arrest/Unlawful Confinement claims (First and Second Causes of Action) are **DISMISSED WITH PREJUDICE IN THEIR ENTIRETY** as against **ALL DEFENDANTS**; and it is further

**ORDERED** that the complaint is **DISMISSED IN ITS ENTIRETY AS AGAINST THE VILLAGE OF NORTH SYRACUSE**, but that the Village of North Syracuse remain as defendant in this action for purposes of identifying defendants and serving them with process; and it is further

**ORDERED** that plaintiff's malicious prosecution claims go forward as against defendants Lindstruth and Tripp; and it is further

**ORDERED** that the amended complaint (Dkt. No. 11) be returned to Magistrate Judge Baxter for a further order regarding service; and it is further

**ORDERED** that plaintiff's second amended complaint (Dkt. No. 15), which has been filed without leave of the court is also referred to Magistrate Judge Baxter for his review and consideration; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

December 21, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge